PLANE v BRUNO

Appeal from Oakland, William P. Hampton, J. Submitted Division 2 April 5, 1972, at Lansing. (Docket No. 12502.) Decided May 1, 1972.

Complaint by Theodore W. Plane, administrator of the estate of Dorothea S. Plane, against Frank Bruno and Ann Bruno for determination of a boundary line. Judgment for plaintiff. Defendant appeals. Remanded.

*Allen & Allen,* for plaintiff.

*LaRue T. Mead,* for defendants.

Before: QUINN, P. J., and V. J. BRENNAN and TARGONSKI,* JJ.

PER CURIAM. This is a boundary line dispute. August 17, 1971, judgment entered below awarding plaintiff possession of a triangular piece of land 5 feet 7/8 inches wide at the base, which abutted the boundary line between plaintiff and defendants. Defendants appeal, contending that the judgment is not supported by the record below. We agree on the record before us.

Plaintiff predicated his claim on adverse possession. The trial court found that plaintiff had established adverse possession, but its opinion also deals with acquiescence. The 15-year period required for either adverse possession or acquiescence to be

---

* Former circuit judge, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

applicable is not established by the record before us. The extent of plaintiff's possession of the disputed strip is not shown, and whether his status is fiduciary or individual is not clear.

We will address ourselves to applicable law when we receive a record that requires such action.

Remanded for supplementation of the record. Costs to abide final result.